552

582 A.2d 1311

**HANDCRAFTED HOMES, INC., Petitioner,**

v.

**John KROM and Debra Krom, his wife.**

Supreme Court of Pennsylvania.

Nov. 14, 1990.

## ORDER:

**PER CURIAM.**

The Petition for Allowance of Appeal is granted. The Order of the Superior Court quashing the appeal is vacated, and the matter is remanded to that court for disposition of the appeal on the merits. *See Green v. Johnson*, 525 Pa. 294, 580 A.2d 294.